IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEIGH M. TAYLOR, | |
| Plaintiff, | 2:23-CV-00676-CCW |
| v. | |
| LAWRENCE COUNTY CHILDREN AND YOUTH, HEATHER STARR, | |
| Defendants. | |

## JUDGMENT ORDER

FINAL JUDGMENT is hereby entered in favor of Defendants Lawrence County Children and Youth and Heather Starr pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED this 28th day of June, 2024.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. mail):

Ashleigh M. Taylor, pro se
44 Lincoln Ave #2
Bellevue, PA 15202